# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRICK REDMOND,<br><br>    Defendant. | Criminal Action No. 08-164-1 (PGS)<br><br>**ORDER** |

This matter comes before the Court on Defendant's motion for an order revoking the March 11, 2008 Order of Detention and releasing Defendant on bail pending trial or the resolution of this matter. Having considered the parties' submissions, for the reasons set forth on the record and for good cause having been shown,

IT IS on this third day of September 2008 ORDERED that Defendant's motion is denied.

PETER G. SHERIDAN, U.S.D.J.